ANNIE HEIM, Appellant, *v.* ANTHONY SCHWOERER et al., Appellants.

RUDOLPH L. BLUMENTHAL, Respondent.

*Heim* v. *Schwoerer,* 115 App. Div. 295, affirmed.
(Argued January 10, 1907; decided January 29, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1906, which affirmed an order of Special Term denying a motion to compel the respondent to complete his purchase of certain property heretofore sold to him at a judicial sale pursuant to an interlocutory judgment of partition and relieving him of said purchase.

*Henry C. Botty* and *Jonas Ehrentreu* for appellants.

*Charles E. Stern* and *Charles Schwick* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.